**MOUNT SAINT MARY'S COLLEGE,**
Appellant,

v.

**The AETNA CASUALTY & SURETY COMPANY and W. Harley Miller, Inc., Appellees.**

**No. 9805.**

United States Court of Appeals
Fourth Circuit.

Argued April 8, 1965.

Decided April 22, 1965.

George Cochran Doub, Baltimore, Md. (Robert F. Skutch, Jr., Joseph M. Wyatt, Baltimore, Md., and Robert D. Klages, Washington, D. C. and Weinberg & Green, Baltimore, Md., on brief), for appellant.

Richard W. Emory, Baltimore, Md. (William J. McCarthy and Venable, Baetjer & Howard, Baltimore, Md., on brief), for appellees.

Before HAYNSWORTH, Chief Judge, and BOREMAN and BRYAN, Circuit Judges.

PER CURIAM.

In this diversity action recovery was sought by appellants upon a bid bond executed by the appellees. The latter counterclaimed for cancellation of the bid and return of the bond for mistake in the bid. Hearing the case without a jury, the Court determined that the law of Maryland, the place of the entire transaction, required that the bid be rescinded and the bond redelivered.

On appeal from this decision, we accept the findings of fact and conclusions of law stated by the District Judge in his written opinion, and affirm. See President and Council of Mount Saint Mary's College v. Aetna Casualty & Surety Company et al., 233 F.Supp. 787 (September 3, 1964).

Affirmed.

**UNITED STATES of America,**
Appellee,

v.

**Buddy Bryant STRADFORD, Appellant.**

**No. 9758.**

United States Court of Appeals
Fourth Circuit.

Argued April 9, 1965.

Decided April 22, 1965.

James Woolls, Alexandria, Va. (Court-assigned counsel), for appellant.

Plato Cacheris, First Asst. U. S. Atty. (C. V. Spratley, Jr., U. S. Atty., on brief), for appellee.

Before BRYAN and BELL, Circuit Judges, and STANLEY, District Judge.

PER CURIAM.

Upon consideration of the record and the arguments of counsel on brief and orally, we perceive no error in the judgment under review and we now affirm it.

Affirmed.